**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA,

                Petitioner,

-vs-                                          Case No. 2:07-mc-38-JES-SPC

DEBORAH PAUL

                Respondent.

_____

**<u>ORDER</u>**

This Court previously entered an Order to Show Cause (Doc. #18) directing Respondent Deborah Paul to show cause in writing why she has failed to comply with the Court's Order and why she should not be held in contempt for violating the Orders of this Court. Deborah Paul had until July 29, 2011 to do so. She has failed to file a response. Thus, the Court will order she appear before the undersigned in person for a hearing on this matter.

Upon the Motion by the United States of America, through the undersigned Assistant United States Attorney for the Middle District of Florida, Kyle S. Cohen, to Hold Respondent in Contempt and the declaration of Jacquelyn Perron, Revenue Officer of the Internal Revenue Service, attached to the Motion it is hereby

**ORDERED** as follows:

1.      That Deborah Paul shall appear before the United States District Court for the Middle District of Florida, presided over by the undersigned in courtroom 5D in the United States Courthouse in Fort Myers, Florida, on **Wednesday, September 7, 2011, at 9:30 a.m.** to show cause why she should not be compelled to obey the Internal Revenue Service Summons served upon her

on or about February 21, 2007, and why she has failed to comply with this Court's subsequent Order issued March 4, 2008 (Doc. #10).  Failure to appear could result in Respondent being held in contempt, which could include a bench warrant being issued for Respondent's arrest.

   2. That a copy of this Order, be personally served upon the Respondent, Deborah Paul, by the United States Marshals Service on or before **August 19, 2011**.

  **DONE AND ORDERED** at Fort Myers, Florida, this   5th   day of August, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies to: All Parties of Record
    MJCD
    Kyle S. Cohen, AUSA